IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAMES CROOK and | ] | |
| CINDY CROOK | ] | |
| 2417 Division Street | ] | |
| Mishawaka, Indiana | ] | |
| 46545 | ] | |
| | ] | |
| Plaintiffs | ] | |
| | ] | Case No. 3:03 CV 00892 RM |
| v. | ] | |
| | ] | |
| INFANTI HOSPITALITY | ] | |
| SEATING, INC. | ] | |
| 3075 Richmond Terrace | ] | |
| Staten Island, New York | ] | |
| 10303-1300 | ] | |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Come now the plaintiffs, James Crook and Cindy Crook, by counsel, pursuant to

Rule 4(l) of the Federal Rules of Civil Procedure and attaches hereto proof of service of

plaintiffs' complaint and summons upon the defendant, Infanti Hospitality Seating, Inc.,

which service was accomplished by private process server, Mr. Vincent Lorenzo, by

personal delivery, on April 21, 2004.

Timothy J. Walsh, No. 997-71
Attorney for Plaintiffs
ANDERSON, AGOSTINO & KELLER
131 S. Taylor
South Bend, IN. 46601
(574) 288-1510

1

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4-22-04 |
|---|---|
| NAME OF SERVER (PRINT) Vincent Lorenzo | TITLE Lic. Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3075 RICHMOND TERRACE STATEN ISLAND NEW YORK    SERVED ON MARYANN SOUTHARD, MANAGER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☒ Other (specify): ~~Certified mail, return receipt~~ _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-23-04
Date

_Vincent Lorenzo_
Signature of Server

390 MANOR RD SI NY 10314
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.